January 28, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DEBORAH THOMAS IN HER INDIVIDUALLY CAPACITY AND AS
REPRESENTATIVE OF THE ESTATE OF KENNETH THOMAS, Appellant

NO. 14-13-00902-CV                         V.

S. BRYANT, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 12, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Deborah Thomas in her Individually Capacity and as Representative of the Estate of Kenneth Thomas.

We further order this decision certified below for observance.